CHARLES D. SUSANO, JR., J.,
concurring in part and dissenting in part.
For the reasons stated in my separate opinion, concurring in part and dissenting in part, in the case of Robert H. Crawford, Sr. et al. v. J. Avery Bryan Funeral Home, Inc. et at., 253 S.W.3d 149 (Tenn.Ct.App. E.S., 2007), I respectfully dissent from so much of the majority opinion as affirms the dismissal of the complaints filed by Rondal D. Akers, Jr., Lucinda Akers, Donna Burns, Susan Hall, Doyle Harden, Ricky Harden, Sandra Fogle, Mollie C. Denton, and Elaine Waldron, against the individuals and entities directly associated with the operation of Tri-State Crematory, as to the claims in those complaints alleging outrageous conduct/infliction of emotional distress. In all other respects, I concur in the majority opinion.